**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Imere STINSON, Petitioner**

**No. 44 EAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Amir SLIGHT, Petitioner**

**No. 87 EAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.